IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD G. ATWOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 06-568-DRH** |
| **MADISON COUNTY JAIL, MADISON** ) | |
| **COUNTY JAIL MEDICAL STAFF,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| January 10, 2007 | By: /s/ David R Herndon |
| *Date* | *District Judge* |